**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 20, 2011.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-11-01067-CV

---

### IN RE KENNETH D. EICHNER, P.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Justice Court Precinct No. 5**
**Harris County**
**Trial Court Cause No. SC52C0267215**

---

## MEMORANDUM OPINION

On December 13, 2011, relator Kenneth D. Eichner filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jeff Williams, presiding judge of the Justice Court, Precinct No. 5 to permit relator to file a motion for new trial.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or county court judge in the

court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221.

In his petition, relator does not seek a writ of mandamus to enforce our jurisdiction. Furthermore, relator seeks a writ of mandamus against a justice court. Because we have no power to issue writs against judges of justice courts, we are without jurisdiction to entertain this petition for writ of mandamus. *See id*.; *Casner v. Rosas*, 943 S.W.2d 937, 938 (Tex. App.—El Paso 1997, orig. proceeding).

We dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.